# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRESTON COOPER,<br><br>  Plaintiff,<br><br>v.<br><br>LILLIAN COOPER-TAGGART, *et al.*,<br><br>  Defendants. | Case No. 3:19-cv-00455-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: May 3, 2019

  **MARGARET M. ROBERTIE,**
  Clerk of Court

  BY:  s/Tina Gray
     **Deputy Clerk**

**Approved:**
**s/J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**